M. P. No. 1779. JOSEPH ROBALEWSKI *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus to admit petitioner to bail denied. *William F. Reilly,* Public Defender, for petitioner. *Richard J. Israel,* Attorney General, for respondent.

EX. &C. No. 1284. STATE *ex rel.* H. RONALD HAWKSLEY *v.* REUBEN G. PENANTEL, III. Motion of state to dismiss question certified is granted. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 1486. GENERAL ROAD TRUCKING CORPORATION *v.* BERNARDINO PINA. Motion for counsel fee pursuant to G. L. 1956, §28-35-32, as amended, granted and respondent awarded $900 for services rendered before Supreme Court. *Higgins, Cavanagh & Cooney, Harold E. Adams, Jr.,* for petitioner. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for respondent.

APPEAL No. 1705. SEA VIEW CLIFFS, INC. *et al. v.* ZONING BOARD OF REVIEW OF THE TOWN OF NORTH KINGSTOWN *et al.* Motion of appellants for leave to file petition for writ of certiorari granted without prejudice to the right of appellees to challenge the right to issue the writ at the hearing on the merits. *Jordan, Hanson & Curran, William A. Curran,* for appellants Frank P. Lee et ux. and James McDonough et ux. *Breslin, Sweeney, Reilly & McDonald, Robert H. Breslin, Jr.,* for appellees Sea View Cliffs, Inc. and Mobil Oil Corporation.